John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Jeffrey Grant (State Bar No. 218974)
jgrant@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 784-4600
Fax: (310) 784-4601

Petty Tsay Rader (State Bar No. 227563)
petty.rader@munchkin.com
MUNCHKIN, INC.
16689 Schoenborn Street
North Hills, CA 91343
Telephone: (818) 893-5000
Fax: (818) 893-6343

Attorneys for Plaintiff MUNCHKIN, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUV N' CARE, LTD., a Louisiana corporation, and<br><br>ADMAR INTERNATIONAL, INC., a Delaware corporation.<br><br>Defendants. | Case No. 13-cv-7228-ODW-AGR<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Action Filed: September 30, 2013 |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Munchkin, Inc. ("Munchkin") and Luv N' Care, Ltd. and Admer International, Inc. (collectively, "Luv N' Care") respectfully present their Joint Claim Construction and Prehearing Statement pursuant to N.D. Cal. P.L.R. 4-3.

### A. Agreed Constructions

The parties have not agreed upon the construction of any claim terms (apart from agreeing that non-disputed terms need no formal construction).

### B. Proposed Constructions and Supporting Evidence

Munchkin proposes the following constructions, with currently identified supporting evidence, for the disputed terms:

| Claim Term | Munchkin's Proposed Construction | Current Evidence |
|---|---|---|
| corner | "a portion of the flexible fabric material containing the intersection of two or more of the material's side edges" | '962 Patent, at 1:48-50, 4:14-20, 4:54-56, FIGS. 1-6 |
| permanently secured | "directly affixed so as to overlap at least a portion of that to which it is affixed and not be easily de-attachable without the use of tools" | '962 Patent, at 1:48-50, 3:15-4:13, FIGS. 1-7 |
| teething element | "an element that is: separate from the flexible fabric material; made from a non-toxic material; and sized and dimensioned to be comfortably inserted and partially retained within an infant's mouth for teething purposes" | '962 Patent, at 1:10-31, 2:66-4:13, 4:20-29, 4:57-5:8, 5:20-31, 6:10-23, FIGS. 1-7 |

Luv N' Care proposes the following constructions, with currently identified supporting evidence, for the disputed terms:

| Claim Term | Luv N' Care's Proposed Construction | Current Evidence |
|---|---|---|
| corner | No construction necessary | |

- 1 -
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

| permanently secured | No construction necessary | |
|---|---|---|
| teething element | No construction necessary | |

### C. Most Significant Claim Terms

Munchkin submits that no claim term or construction thereof is claim or case dispositive. Munchkin further submits that no disputed claim term is more significant than any other. As such, and given that there are only three disputed terms at issue, no ranking of terms by significance is necessary.

### D. Anticipated Time Necessary for Claim Construction Hearing

The parties anticipate that the length of time necessary for the claim construction hearing is approximately two (2) hours.

### E. Anticipated Witnesses for Claim Construction Hearing

Neither party anticipates calling any witnesses at the claim construction hearing.

Dated: May 19, 2014      **LATHROP & GAGE LLP**

By: /s/ Jeffrey Grant
R. Cameron Garrison
John Shaeffer
Jeffrey Grant
Petty Tsay Radar

Attorneys for Plaintiff
MUNCHKIN, INC.

Dated: May 19, 2014      **DILWORTH IP**

By: /s/Robert M. Ward

Attorneys for Defendants
LUV N' CARE, LTD. and
ADMAR INTERNATIONAL, INC.

- 2 -
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4, I hereby attest that concurrence has been obtained from Robert M. Ward, counsel for Defendants, indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Jeffrey Grant
Jeffrey Grant

- 3 -
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

21728681v1