John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Jeffrey Grant (State Bar No. 218974)
jgrant@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: 310.784.4600
Fax: 310.784.4601

Petty Tsay Rader (State Bar No. 227563)
petty.radar@munchkin.com
MUNCHKIN, INC.
16689 Schoenborn Street
North Hills, CA 91343
Telephone: 818.893.5000
Fax: 818.893.6343

Attorneys for Plaintiff MUNCHKIN, INC.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MUNCHKIN, INC., a Delaware corporation, | |
|               Plaintiff, | Case No. CV 13-7228-ODW-AGR |
|      vs. | **JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER AND SUMMARY JUDGMENT DEADLINES** |
| LUV N' CARE, LTD., a Louisiana corporation, and | |
| ADMAR INTERNATIONAL, INC., a Delaware corporation. | Action Filed: September 30, 2013 |
|           Defendants. | |

Plaintiff Munchkin, Inc. ("Munchkin") and Defendants Luv n' care, Ltd. and Admar International, Inc. (collectively, "LNC"), jointly through counsel for their Joint Stipulation to Amend Case Management Order and Summary Judgment Deadlines, state as follows:

WHEREAS, on January 15, 2014, the Court entered its Scheduling and Case Management Order in this matter (Docket No. 21) setting, *inter alia*, the following deadlines:

- December 1, 2014 – All Discovery Cut-Off

- December 15, 2014 – Last Day to File Dispositive Motions

- January 5, 2015 – Last Day to Conduct Settlement Conference

- January 12, 2015 – Last Day for Hearing Motions

- February 2, 2015 – Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation, File Trial Briefs, File Contentions of Fact & Law, File Exhibit and Witness Lists, File Status Report Regarding Settlement, File Agreed Upon Set of Instructions and Verdict Form, and File Joint Statement Regarding Disputed Instructions and Verdict Forms

- February 9, 2015 – Final Pretrial Conference at 2:30 p.m., Motions in Limine to be Filed, Proposed Voir Dire Questions and Agreed-to Statement of Case

- February 23, 2015 – Hearing on Motions in Limine at 2:30 p.m.

2

**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER AND SUMMARY JUDGMENT DEADLINES**

- February 26, 2015 – File Final Trial Exhibit Stipulation

- March 3, 2015 – Trial at 9:00 a.m.

WHEREAS, the Parties have been working diligently to complete discovery including efforts to resolve discovery disputes that have arisen during discovery;

WHEREAS, LNC's efforts to comply with its discovery obligations were temporarily crippled as the result of a tornado that hit Monroe, Louisiana, home of LNC, on October 13, 2014;

WHEREAS, largely due to the delays caused by the tornado, the Parties have determined that a short extension of discovery is necessary in order to allow the Parties sufficient time to complete all necessary discovery;

WHEREAS, Munchkin is unavailable to complete such discovery (namely depositions) during the first 3 weeks of December 2014 due to already scheduled depositions in another matter entitled *Playtex Products, LLC v. Munchkin, Inc.*, Case No. 14-cv-1308-RJS in the United States District Court for the Southern District of New York. A minimum of 16 depositions are scheduled in that case during the first 3 weeks of December, involving the same attorneys as are representing Munchkin in this case and involving 2 Munchkin employees who are also scheduled to be deponents in this matter;

WHEREAS, the Parties have worked together to confirm an alternative schedule that allows both parties to take all of the discovery to which they are

entitled by January 8, 2015;

WHEREAS, on October 6, 2014, the Court granted LNC leave to file a motion for summary judgment no later than October 27, 2014, with Munchkin's opposition due on November 17, 2014, LNC's reply due on December 1, 2014, and a hearing on the motion set for December 15, 2014 (Docket No. 45);

WHEREAS, LNC timely filed its motion for summary judgment on October 27, 2014 (Docket No. 50);

WHEREAS, upon review of LNC's motion and supporting papers, Munchkin concluded that it would need to obtain portions of the discovery (documents and deposition testimony) detailed above in order to properly respond to LNC's motion;

WHEREAS, LNC, while taking no position on whether Munchkin does need such discovery to respond to the motion, has agreed to accommodate Munchkin's request;

WHEREAS, the Parties have agreed upon a mutually acceptable briefing schedule for LNC's summary judgment motion;

WHEREAS the Parties propose the following schedule, which will accommodate all of the concerns addressed herein:

- November 17, 2014 – LNC to produce all documents responsive to Munchkin's Requests for Production and revised interrogatory responses, as

**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER AND SUMMARY JUDGMENT DEADLINES**

detailed in meet and confer discussions between the Parties.

- November 17, 2014 – Both Parties to provide responses and objections to 30(b)(6) Notice and identify witnesses for each 30(b)(6) topic. 30(b)(6) depositions will take place concurrently with individual deposition(s) of identified witnesses.

- November 19, 2014 – Deposition of Munchkin expert Jim Carmichael in Kansas City, MO.

- November 20, 2014 – Deposition of LNC expert Edward Manzo in Kansas City, MO.

- November 24, 2014 – Deposition of Munchkin expert Tim Shedd in Madison, WI.

- November 24, 2014 – Deposition of Joseph Hakim in Monroe, LA.

- November 25, 2014 – Deposition of Nouri Hakim in Monroe, LA.

- November 26, 2014 – Deposition of Steve Pickering in Monroe, LA.

- December 1, 2014 – Deposition of Munchkin expert Dan Wetzel in Dallas, TX.

- December 19, 2014 – Deadline for Munchkin opposition to LNC Motion for Summary Judgment.

- January 7, 2015 – Deposition of Steven Dunn in Los Angeles, CA.

- January 8, 2015 – Deposition of Andrew Keimach in Los Angeles,

**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER AND SUMMARY JUDGMENT DEADLINES**

CA.

• January 16, 2015 – Deadline for LNC reply in support of its Motion for Summary Judgment.

• January 26, 2015 – Last day to conduct settlement conference.

• February 2, 2015 – [Proposed] Summary Judgment Hearing.

• February 23, 2015:

  o Lodge Pretrial Conference Order and Pretrial Exhibit Stipulation

  o File Trial Briefs

  o File Contentions of Fact & Law

  o File Exhibit and Witness Lists

  o File Status Report Regarding Settlement

  o File Agreed Upon Set of Jury Instructions and Verdict Form

  o File Joint Statement Regarding Disputed Jury Instructions and Verdict Form

• March 2, 2015:

  o Final Pretrial Conference

  o Motion in Limine to be Filed

  o Proposed Voir Dire and Agreed-to Statement of Case

**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER AND SUMMARY JUDGMENT DEADLINES**

- March 30, 2015[1] – [Proposed] Hearing on Motions in Limine

- April 2, 2015 – File Final Trial Exhibit Stipulation

- April 7, 2015 – [Proposed] Start of Trial

NOW, THEREFORE, the Parties respectfully request that the Court adopt the proposed amended schedule set forth herein.

Dated: November 11, 2014                    **LATHROP & GAGE LLP**

                                            s/Jeffrey Grant
                                            _____
                                            Jeffrey Grant

                                            *Attorneys for MUNCHKIN, INC.*

Dated: November 11, 2014                    **PAYNE & FEARS LLP**

                                            s/Eric M. Kennedy
                                            _____
                                            Eric M. Kennedy

                                            *Attorneys for LUV N' CARE, LTD. and
                                            ADMAR INTERNATIONAL, INC.*

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-4.3.4, I hereby attest that concurrence has been obtained from Eric Kennedy, counsel for Defendants, indicated by a "conformed" signature (/s/) within this e-filed document.

                                            By: /s/ Jeffrey Grant
                                            _____
                                            Jeffrey Grant

---

[1] The Parties have included extra time between the March 2, 2015 filings and the proposed limine conference due to an already-scheduled vacation for counsel for Munchkin.

**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER AND SUMMARY JUDGMENT DEADLINES**