**DENIED**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., a Delaware corporation, | |
| Plaintiff, | Case No. CV 13-7228-ODW-AGR |
| vs. | **ORDER DENYING AMENDING CASE MANAGEMENT ORDER AND SUMMARY JUDGMENT DEADLINES** |
| LUV N' CARE, LTD., a Louisiana corporation, and ADMAR INTERNATIONAL, INC., a Delaware corporation. | |
| Defendants. | Action Filed: September 30, 2013 |

Pursuant to the parties' Joint Stipulation to Amend Case Management Order and Summary Judgment Deadlines, Federal Rule of Civil Procedure 16, and good cause appearing, the Court sets the following case deadlines:

- November 17, 2014 – Defendants Luv n' care, Ltd. and Admar International, Inc. (collectively, "LNC") to produce all documents responsive to Munchkin's Requests for Production and revised interrogatory responses, as

**[PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER AND SUMMARY JUDGMENT DEADLINES**

detailed in meet and confer discussions between the Parties.

- November 17, 2014 – Both LNC and Plaintiff Munchkin, Inc. ("Munchkin") to provide responses and objections to 30(b)(6) Notice and identify witnesses for each 30(b)(6) topic.  30(b)(6) depositions will take place concurrently with individual deposition(s) of identified witnesses.

- November 19, 2014 – Deposition of Munchkin expert Jim Carmichael in Kansas City, MO.

- November 20, 2014 – Deposition of LNC expert Edward Manzo in Kansas City, MO.

- November 24, 2014 – Deposition of Munchkin expert Tim Shedd in Madison, WI.

- November 24, 2014 – Deposition of Joseph Hakim in Monroe, LA.

- November 25, 2014 – Deposition of Nouri Hakim in Monroe, LA.

- November 26, 2014 – Deposition of Steve Pickering in Monroe, LA.

- December 1, 2014 – Deposition of Munchkin expert Dan Wetzel in Dallas, TX.

- December 19, 2014 – Deadline for Munchkin opposition to LNC Motion for Summary Judgment.

- January 7, 2015 – Deposition of Steven Dunn in Los Angeles, CA.

- January 8, 2015 – Deposition of Andrew Keimach in Los Angeles,

CA.

- January 16, 2015 – Deadline for LNC reply in support of its Motion for Summary Judgment.

- January 26, 2015 – Last day to conduct settlement conference.

- February 2, 2015 – [Proposed] Summary Judgment Hearing.

- February 23, 2015:

    o   Lodge Pretrial Conference Order and Pretrial Exhibit Stipulation

    o   File Trial Briefs

    o   File Contentions of Fact & Law

    o   File Exhibit and Witness Lists

    o   File Status Report Regarding Settlement

    o   File Agreed Upon Set of Jury Instructions and Verdict Form

    o   File Joint Statement Regarding Disputed Jury Instructions and Verdict Form

- March 2, 2015:

    o   Final Pretrial Conference

    o   Motion in Limine to be Filed

    o   Proposed Voir Dire and Agreed-to Statement of Case

- March 30, 2015 – Hearing on Motions in Limine

- April 2, 2015 – File Final Trial Exhibit Stipulation

- April 7, 2015 – Start of Trial

SO ORDERED:

Dated:   November 12, 2014

**DENIED**
BY ORDER OF THE COURT

Honorable Otis D. Wright
United States District Judge