John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Jeffrey Grant (State Bar No. 218974)
jgrant@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 784-4600
Fax: (310) 784-4601

Petty Tsay Rader (State Bar No. 227563)
petty.rader@munchkin.com
MUNCHKIN, INC.
16689 Schoenborn Street
North Hills, CA 91343
Telephone: (818) 893-5000
Fax: (818) 893-6343

Attorneys for Plaintiff MUNCHKIN, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUV N' CARE, LTD., a Louisiana corporation, and<br><br>ADMAR INTERNATIONAL, INC., a Delaware corporation.<br><br>Defendants. | Case No. 13-cv-7228-ODW-AGR<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY BY N. HAKIM**<br><br>Honorable Otis D. Wright II<br>Motion Hearing Date: February 2, 2015<br>Motion Hearing Time: 1:30 p.m.<br><br>Action Filed:        September 30, 2013<br>Discovery Cut-Off: December 1, 2014<br>Trial:                    March 3, 2015 |

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT at 1:30 p.m. on February 2, 2015 in Courtroom 11 of the above-entitled Court, or as soon thereafter as the matter may be heard, Plaintiff Munchkin, Inc. ("Munchkin") will, and hereby does, move the Court for an order precluding Nouri Hakim from offering opinion testimony of any kind at trial, for an award of Munchkin's reasonable attorneys fees incurred in bringing this motion, and for such further relief as the Court deems just and proper.

This motion is made pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure on the grounds that Defendants Luv n' care, Ltd. and Admar International, Inc. (collectively, "LNC") have failed to disclose Mr. Hakim's alleged expert opinions as required under Rule 26 and this Court's January 15, 2014 Scheduling and Case Management Order (Docket No. 21). This Motion is based on this Notice of Motion and Motion, the Suggestions in Support thereof below, and the concurrently filed Declaration of R. Cameron Garrison and attachments thereto, and such other and further evidence or arguments as may be made prior to or at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place through written correspondence on December 1, 5 and 8, 2014 as well as a telephonic conference between counsel on December 5, 2014.

Dated: January 5, 2015          **LATHROP & GAGE LLP**

                                s/R. Cameron Garrison
                                R. Cameron Garrison

                                *Attorneys for MUNCHKIN, INC.*

- 1 -
MUNCHKIN, INC.'S NOTICE OF MOTION TO EXCLUDE EXPERT TESTIMONY OF N. HAKIM